**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Flor E. Maya<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0060<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–16308–JNP | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Flor E. Maya
aka Flor E. Maya Taborda

7/13/18

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

```
                                 United States Bankruptcy Court
                                       District of New Jersey
In re:                                                                   Case No. 18-16308-JNP
Flor E. Maya                                                             Chapter 7
         Debtor               CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2                  Date Rcvd: Jul 13, 2018
                              Form ID: 318                Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
db             Flor E. Maya,    1027 N 31st St,    Camden, NJ   08105-4115
517425291      Bby/cbna,    PO Box 6497,    Sioux Falls, SD   57117-6497
517425294      CAP1/Justice,    PO Box 30253,    Salt Lake City, UT   84130-0253
517425293      CAP1/Justice,    Capital,   1 Retail Srvs Attn Bankruptcy,   Salt Lake City, UT   84130
517425304      Citibank/Best Buy,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                Saint Louis, MO   63179-0040
517425312      Fin Recovery,    200 E Park Dr Ste 100,    Mount Laurel, NJ   08054-1297
517425321      Tdrcs/raymour & Flanig,    1000 Macarthur Blvd,    Mahwah, NJ   07430-2035
517425325      Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,   PO Box 8053,
                Mason, OH   45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2018 23:35:52     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2018 23:35:47     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ   07102-5235
517425287       E-mail/Text: compliance@iqdata-inc.com Jul 13 2018 23:37:15
                 09 the Heights of Collingswood AP,    c/o IQ data Int,   1010 SE Everett Mall Way,
                 Everett, WA   98208-2855
517425288       EDI: GMACFS.COM Jul 14 2018 03:13:00      Ally Financial,   Attn: Bankruptcy,   PO Box 380901,
                 Bloomington, MN   55438-0901
517425289       EDI: GMACFS.COM Jul 14 2018 03:13:00      Ally Fincl,   200 Renaissance Ctr,
                 Detroit, MI   48243-1300
517425292       EDI: BANKAMER.COM Jul 14 2018 03:03:00      Bk of Amer,   PO Box 982238,
                 El Paso, TX   79998-2238
517425290       EDI: BANKAMER.COM Jul 14 2018 03:03:00      Bank of America,   NC4-105-03-14,   PO Box 26012,
                 Greensboro, NC   27420-6012
517425298       EDI: CAPITALONE.COM Jul 14 2018 03:13:00      Capital One,   15000 Capital One Dr,
                 Richmond, VA   23238-1119
517425295       EDI: CAPITALONE.COM Jul 14 2018 03:13:00      Cap1/levtz,   90 Christiana Rd,
                 New Castle, DE   19720-3118
517425296       EDI: CAPITALONE.COM Jul 14 2018 03:13:00      Capital One,   PO Box 5253,
                 Carol Stream, IL   60197-5253
517425297       EDI: CAPITALONE.COM Jul 14 2018 03:13:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,   Salt Lake City, UT   84130-0285
517425299       EDI: CAPITALONE.COM Jul 14 2018 03:13:00      Capital One,   Attn: Bankruptcy,   PO Box 30285,
                 Salt Lake City, UT   84130-0285
517425300       EDI: CAPITALONE.COM Jul 14 2018 03:13:00      Capital One / Levitz,   General Correspondence,
                 PO Box 30285,    Salt Lake City, UT   84130-0285
517425301       EDI: CAPITALONE.COM Jul 14 2018 03:13:00      Capitalone,   15000 Capital One Dr,
                 Richmond, VA   23238-1119
517425302       EDI: WFNNB.COM Jul 14 2018 03:13:00      Cb/Limited,   PO Box 182789,   Columbus, OH   43218-2789
517425303       EDI: WFNNB.COM Jul 14 2018 03:13:00      Cb/vicscrt,   PO Box 182789,   Columbus, OH   43218-2789
517425305       EDI: WFNNB.COM Jul 14 2018 03:13:00      Comenity Bank / the Limited,   Attn: Bankruptcy,
                 PO Box 182125,   Columbus, OH   43218-2125
517425306       EDI: WFNNB.COM Jul 14 2018 03:13:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                 PO Box 182125,   Columbus, OH   43218-2125
517425307       EDI: WFNNB.COM Jul 14 2018 03:13:00      Comenitycapital/boscov,   Comenity Bank,
                 PO Box 182125,   Columbus, OH   43218-2125
517425308       EDI: WFNNB.COM Jul 14 2018 03:13:00      Comenitycb/boscov,   PO Box 182120,
                 Columbus, OH   43218-2120
517425309       EDI: RCSFNBMARIN.COM Jul 14 2018 03:13:00      Credit One Bank,   ATTN: Bankruptcy,
                 PO Box 98873,   Las Vegas, NV   89193-8873
517425310       EDI: RCSFNBMARIN.COM Jul 14 2018 03:13:00      Creditonebnk,   PO Box 98875,
                 Las Vegas, NV   89193-8875
517425311       EDI: TSYS2.COM Jul 14 2018 03:13:00      Dsnb Macys,   PO Box 8218,   Mason, OH   45040-8218
517425313       E-mail/Text: compliance@iqdata-inc.com Jul 13 2018 23:37:15     Iq Data Int,
                 1010 SE Everett Mall Way,    Everett, WA   98208-2855
517425314       EDI: PHINGENESIS Jul 14 2018 03:13:00      Mabt - Genesis Retail,   Bankcard Services,
                 PO Box 4477,   Beaverton, OR   97076-4401
517425315       EDI: PHINGENESIS Jul 14 2018 03:13:00      Mabt Retail,   PO Box 4499,
                 Beaverton, OR   97076-4499
517425316       EDI: WFFC.COM Jul 14 2018 03:13:00      Rymr&flnign,   PO Box 94498,   Las Vegas, NV   89193-4498
517425318       EDI: RMSC.COM Jul 14 2018 03:13:00      Syncb/Toys 'R' US,   PO Box 965064,
                 Orlando, FL   32896-5064
517425317      +EDI: RMSC.COM Jul 14 2018 03:13:00      Syncb/lowes,   PO Box 956005,   Orlando, FL 32896-0001
517425319       EDI: RMSC.COM Jul 14 2018 03:13:00      Syncb/toysrusdc,   PO Box 965005,
                 Orlando, FL   32896-5005
517429554      +EDI: RMSC.COM Jul 14 2018 03:13:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517425320       EDI: RMSC.COM Jul 14 2018 03:13:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
                 PO Box 965060,   Orlando, FL   32896-5060
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 13, 2018
                              Form ID: 318             Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517425322       EDI: TFSR.COM Jul 14 2018 03:13:00      Toyota Motor Credit,    PO Box 8026,
                 Cedar Rapids, IA   52408-8026
517425324       EDI: TFSR.COM Jul 14 2018 03:13:00      Toyota Mtr,   PO Box 9786,
                 Cedar Rapids, IA   52409-0004
517425328       E-mail/Text: vci.bkcy@vwcredit.com Jul 13 2018 23:36:03       VW Credit,    1401 Franklin Blvd,
                 Libertyville, IL   60048-4460
517425326       E-mail/Text: vci.bkcy@vwcredit.com Jul 13 2018 23:36:03       Volkswagen Credit,    PO Box 3,
                 Hillsboro, OR   97123-0003
517425329       EDI: WFFC.COM Jul 14 2018 03:13:00      Wells Fargo,   PO Box 14517,
                 Des Moines, IA   50306-3517
517425330       EDI: WFFC.COM Jul 14 2018 03:13:00      Wells Fargo Bank,   PO Box 10438,
                 Des Moines, IA   50306-0438
                                                                                              TOTAL: 38

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517425323*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota Motor Credit Corp,    PO Box 8026,
                 Cedar Rapids, IA   52408-8026)
517425327*      Volkswagen Credit, Inc,    PO Box 3,   Hillsboro, OR   97123-0003
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
              Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rafael Gomez    on behalf of Debtor Flor E. Maya gomez@gomezlegal.com,
               G26361@notify.cincompass.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```