Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                                Case No.:  18−16308−JNP
                                                Chapter:  7
                                                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Flor E. Maya
   aka Flor E. Maya Taborda
   1027 N 31st St
   Camden, NJ 08105−4115

Social Security No.:
   xxx−xx−0060

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 31, 2018</u>                     <u>Jerrold N. Poslusny Jr.</u>
                                        Judge, United States Bankruptcy Court